# United States District Court
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| LE'TAXIONE X, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | CASE NUMBER: C08-1430-MJP |
| v. | |
| CORRECTIONS OFFICER ROCHON, et al., | |
| Defendants. | |

____   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**  X  **   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Report and Recommendation is adopted and approved. Defendants' motion for summary judgment (Dkt. No. 54) is GRANTED and plaintiff's motion for partial summary judgment (Dkt. No. 46) is DENIED. Plaintiff's complaint (Dkt. No. 1) and this action are DISMISSED without prejudice as to plaintiff claims that defendant Rochon used a racial epithet and that defendants Warner and Franz made comments that compromised plaintiff's safety, and with prejudice as to all remaining claims.

Dated this 11th day of May, 2010.

                                              BRUCE RIFKIN
                                                    Clerk

                                      s/ Mary Duett
                                      Deputy Clerk